Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

JUN 23 PM 3:04

## SOUTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.

BY: _____ DEPUTY

CANDIS CHARLENE MORTON,
Pro Se

vs

PEOPLE'S CHOICE HOME LOAN,
AMERICA'S SERVICING
COMPANY
AND FIRST AMERICAN
LOANSTAR,

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1112 DMS LSP

TO: (Name and Address of Defendant)

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CANDIS CHARLENE MORTON
2568 FENTON PLACE
NATIONAL CITY, CALIFORNIA 91950
PHONE (619) 267-8963

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 2 3 2008

_____W. Samuel Hamrick, Jr._____    _____
              CLERK                                    DATE

By _____LLOYD_____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR