Summons in a Civil Action (Rev 11/97)

FILED
08 JUN 24 PM 2:49
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CANDIS CHARLENE MORTON,
Pro Se

vs

PEOPLE'S CHOICE HOME LOAN,
AMERICA'S SERVICING
COMPANY
AND FIRST AMERICAN
LOANSTAR,

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1112 DMS LSP

TO: (Name and Address of Defendant)

Peoples' Choice Home Loans
7525 Irvine Center Dr.
Irvine, CA 92618

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CANDIS CHARLENE MORTON
2568 FENTON PLACE
NATIONAL CITY, CALIFORNIA 91950
PHONE (619) 267-8963

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

JUN 2 3 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me. | DATE | 6-23-08 |
| NAME OF SERVER  Jay Cleveland | TITLE | N/A |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): ~~Fax and~~ Certified mail on 6-23-08
Fax at 6-23-2008 at 8:00 pm
7006-2760-0000-0342-9884

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  June 23 2008
Date

Signature of Server: Jay Cleveland

Address of Server: Post Office Box 8904 C.V. 91910

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.02 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.72 |

Postmark Here — JUN 23 2008 HILLCREST

Sent To: Peoples Choice Home Loans
Street, Apt. No.; or PO Box No.: 7525 Irvine Center Dr
City, State, ZIP+4: Irvine, CA 92618

PS Form 3800, August 2006    See Reverse for Instructions

7006 2760 0000 0342 9886