Summons in a Civil Action (Rev 11/97)

FILED
08 JUN 24 PM 2:49
U.S. DISTRICT
SOUTHERN DISTRICT OF CAL...

BY: _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CANDIS CHARLENE MORTON,
Pro Se

vs

PEOPLE'S CHOICE HOME LOAN,
AMERICA'S SERVICING
COMPANY
AND FIRST AMERICAN
LOANSTAR,

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1112 DMS LSP

TO: (Name and Address of Defendant)

American Servicing Company
c/o First American Loanstar Trustee Service
1 First American Way
Mail Stop S-S-321, Westlake, TX 76262

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CANDIS CHARLENE MORTON
2568 FENTON PLACE
NATIONAL CITY, CALIFORNIA 91950
PHONE (619) 267-8963

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____ Deputy Clerk

JUN 23 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE 6-23-08 |
| NAME OF SERVER Jay Cleveland | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): FAX And Certified Mail on 6-23-08  7006-2760-0000 0342-9893

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: Jun 23, 2008
Date

Signature of Server

PO Box 8904 CV, CA 91910
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



```
              TRANSMISSION VERIFICATION REPORT

                                    TIME  : 06/23/2008 16:44
                                    NAME  :
                                    FAX   : 0000000000
                                    TEL   : 0000000000
                                    SER.# : BROD2J311830


   DATE,TIME              06/23  16:29
   FAX NO./NAME           17148007847
   DURATION               00:15:25
   PAGE(S)                40
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```

*Santa Anna*

  

| | |
|---|---|
| **FAX** | To: AMERICA'S SERICING CO<br>c/o First American loanstar trustee services<br>Fax number: 817-699-1484 |
| | From: Jay<br>Fax number: 619-434-4817 |
| **Company Name**<br>Street Address<br>Post office box 8904<br>Chula Vista Ca<br>619-581-3725 | Date: 6/23/2008 |
| | Regarding: TRUSTEE SALE 6-24-08 on 2568 Fenton place National City |
|  | Phone number for follow-up:<br>619581-3725 |

**Comments:**  **TS 20079134009592**

**See attachment   TRO /INJUNCTION AND ORDER TO SHOW CAUSE ,SUMMON OF COMPLAINT**

```
        TRANSMISSION VERIFICATION REPORT

                                    TIME   : 06/23/2008 18:18
                                    NAME   :
                                    FAX    : 0000000000
                                    TEL    : 0000000000
                                    SER.#  : BROD2J311830


  DATE,TIME              06/23  18:04
  FAX NO./NAME           18176991484
  DURATION               00:14:52
  PAGE(S)                40
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

```
        TRANSMISSION VERIFICATION REPORT

                                    TIME   : 06/23/2008 17:19
                                    NAME   :
                                    FAX    : 0000000000
                                    TEL    : 0000000000
                                    SER.#  : BROD2J311830


  DATE,TIME              06/23  17:03
  FAX NO./NAME           18176991484
  DURATION               00:16:11
  PAGE(S)                42
  RESULT                 NG
  MODE                   STANDARD
                         ECM
```

NG: POOR LINE CONDITION

Texas

**FAX**

**Company Name**
Street Address
Post office box 8904
Chula Vista Ca
619-581-3725

To: AMERICA'S SERICING CO
c/o First American loanstar trustee services
Fax number: 817-699-1484

From: Jay
Fax number: 619-434-4817

Date: 6/23/2008

```
              TRANSMISSION VERIFICATION REPORT

                                          TIME  : 06/23/2008 17:19
                                          NAME  :
                                          FAX   : 0000000000
                                          TEL   : 0000000000
                                          SER.# : BROD2J311830


    DATE,TIME              06/23  17:03
    FAX NO./NAME           18176991484         change to:
    DURATION               00:16:11
    PAGE(S)                42                  817 8261858
    RESULT                 NG
    MODE                   STANDARD
                           ECM
```

NG: POOR LINE CONDITION

*Texas*

attention:
Tammy Rossum
(received
verified)

# FAX

**Company Name**
Street Address
Post office box 8904
Chula Vista Ca
619-581-3725



To: AMERICA'S SERICING CO
c/o First American loanstar trustee services
Fax number: 817-699-1484

From: Jay
Fax number: 619-434-4817

Date: 6/23/2008

Regarding: TRUSTEE SALE 6-24-08 on 2568 Fenton place National City

Phone number for follow-up:
619581-3725

**Comments:** TS 20079134009592

**See attachment   TRO /INJUNCTION AND ORDER TO SHOW CAUSE ,SUMMON OF COMPLAINT**