# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

JUL - 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
*Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Dana M. Sabraw
FROM: E. Lloyd, Deputy Clerk   RECEIVED DATE: 7/1/08
CASE NO.: 08cv1112-DMS (LSP)   DOCUMENT FILED BY: Candis Charlene Morton
CASE TITLE: Morton v. People's Choice Home Loan, Inc. Et al
DOCUMENT ENTITLED: Motion for Rehearing of Order to Deny TRO

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 7/1/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 7/1/08   By: mm
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

1  CANDIS CHARLENE MORTON, PRO SE

2  2568 FENTON PLACE

3  NATIONAL CITY, CA 91950

4  PHONE: (619) 267-8963

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIS CHARLENE MORTON, ) | CASE NO. 08CV1112 DMS (LSP) |
| Plaintiff, ) | |
| Vs. ) | |
| ) | |
| PEOPLE'S CHOICE HOME LOAN, ) INC., AMERICA'S SERVICING COMPANY AND FIRST AMERICAN ) LOANSTAR, | **MOTION FOR REHEARING/ RECONSIDERATION OF THE COURT'S ORDER DENYING TEMPORARY RESTRAINING ORDER AND TO REVERSE SALE** |
| Defendants. ) | |
| _____ ) | |

 Plaintiff moves this Honorable Court for a rehearing or reconsideration of the Court's Order denying temporary restraining Order dated June 24, 2008 and to reverse the trustee's foreclosure sale of June 24, 2008, and as grounds therefore would state as follows:

 In denying the Plaintiff's ex parte application for a temporary restraining Order the Court declined to issue an ex parte TRO because there was no proof of service attached to the application, and Plaintiff did not file her motion until June 23, 2008 and the trustee sale was scheduled for June 24, 2008.

[Summary of pleading] - 1