# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUL 11 AM 11:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*A space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Sabraw
FROM: L Odierno, Deputy Clerk   RECEIVED DATE: 7/9/08
CASE NO.: 08cv1112-DMS-LSP   DOCUMENT FILED BY: Candis Charlene Morton
CASE TITLE: Morton v People's Choice Home Loan, Inc. Et al
DOCUMENT ENTITLED: Points and Authorities in support of Motion for Temporary Restraining Order

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☒ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 7/9/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: *Judge Sabraw*

Dated: 7/10/08   By: mm
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Candis Charlene Morton, Plaintiff, Pro Se
2568 Fenton Place
National City, CA 91950
Phone: (619) 267-8963



UNITED STATES DISTRIC COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIS CHARLENE MORTON,            )<br>                                    )<br>          Plaintiff(s),             )<br>                                    )<br>Vs.                                 )<br>                                    )<br>PEOPLE'S CHOICE HOME LOAN,          )<br>INC.,                               )<br>          Defendant(s).             )<br>_____ ) | CASE NO. 08CV1112 DMA (LSP)<br><br>POINTS & AUTHORITIES IN<br>SUPPORT OF MOTION FOR<br>TEMPORARY RESTRAING ORDER<br><br>Date: August 22, 2008<br>Time: 1:30 P.M.<br>Judge: Dana M. Sabraw<br>Date filed: June 23, 2008 |

### INTRODUCTION

The underlying case in issue here concerns certain real property commonly known as 2568 Fenton Place, National City, California. That property was purchased by Plaintiff not to be an investment but to be Plaintiffs home. On or about December 23, 2005 Plaintiff refinanced the property with a loan through People's Choice Home Loan, Inc. At some point, the entities America's Servicing Company, a d/b/a for Wells Fargo Bank, and First American Loanstar became involved with the mortgage.