1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CANDIS CHARLENE MORTON,<br><br>                    Plaintiff,<br>vs.<br>PEOPLE'S CHOICE HOME LOAN, INC., et al.,<br><br>                    Defendants. | CASE NO. 08cv1112 DMS (LSP)<br><br>**ORDER RE: ORAL ARGUMENT** |
|---|---|

Plaintiff's motion for rehearing/reconsideration is currently scheduled for hearing on August 22, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: August 14, 2008

_____
**HON. DANA M. SABRAW**
**United States District Judge**