# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 AUG 22 AM 10:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Clerk's Office File Stamp

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Sabraw
FROM: J. Paris, Deputy Clerk   RECEIVED DATE: 8/19/08
CASE NO.: 08cv1112   DOCUMENT FILED BY: Candis Morton
CASE TITLE: Morton v. People's Choice home loan
DOCUMENT ENTITLED: Points and Authorities for TRO

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Motion has previously been ruled upon |

Date forwarded: 8/19/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 8/22/08   By: nm
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

1  Candis Charlene Morton, Plaintiff, Pro Se
2  2568 Fenton Place
   National City, CA 91950
3  Phone: (619) 267-8963
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA
11
12 CANDIS CHARLENE MORTON,          )   CASE NO. 08CV1112 DMA (LSP)
                                    )   Amended
13                Plaintiff(s),     )   POINTS & AUTHORITIES IN
                                    )   SUPPORT OF MOTION FOR
14 Vs.                              )   TEMPORARY RESTRAINING ORDER
                                    )
15 PEOPLE'S CHOICE HOME LOANS       )   And Preliminary INJUNCTION
16                                  )
17 INC.,                            )   Date: August 22, 2008
                                    )
18                Defendant(s).     )   Judge: Dana M. Sabraw
                                    )   Date filed: August 19, 2008
19
20
21                         **INTRODUCTION**
22      The underlying case in issue here concerns certain real
23 property commonly known as 2568 Fenton Place, National City,
24 California. That property was purchased by Plaintiff not to be
25 an investment but to be Plaintiffs home. On or about December
26 23, 2005 Plaintiff refinanced the property with a loan through
27 People's Choice Home Loan, Inc. At some point, the entities
28 America's Servicing Company, a d/b/a for Wells Fargo Bank, and
   First American Loanstar became involved with the mortgage.

[Summary of pleading] - 1