# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIS CHARLENE MORTON,<br><br>   Plaintiff,<br>vs.<br><br>PEOPLE'S CHOICE HOME LOAN, INC., et al.,<br><br>   Defendants. | CASE NO. 08cv1112 DMS (LSP)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**[Docket No. 9]** |

This case comes before the Court on Plaintiff's motion for rehearing/reconsideration of this Court's order denying her *ex parte* application for a temporary restraining order. The Court has not received any opposition to the motion.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County, Oregon v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Plaintiff here has not established any of these factors. Accordingly, her motion for reconsideration is denied.

**IT IS SO ORDERED**.

DATED: August 22, 2008

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                                                                08cv1112